IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ALBERT SAMUEL PASSARELLI                                                      PLAINTIFF

VS.                                                    CIVIL ACTION NO. 4:04cv72-JCS

CHRISTOPHER EPPS and
SANDRA ATWOOD                                                                 DEFENDANTS

ORDER OF DISMISSAL

Upon the motion of Plaintiff, this matter is hereby dismissed.

SO ORDERED this the 8th day of August, 2007.

/s/ James C. Sumner
_____
UNITED STATES MAGISTRATE JUDGE